
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2021

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

VIA CM/ECF Only

July 6, 2021

U.S. District Judge Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, New York 10007

    Re: *Gonzalez v. Kitano Arms Corporation, Case No. 1:21-cv-03145-VEC*

Dear District Judge Caproni:

    We represent the Plaintiff Natalia Juscinska ("Plaintiff") in connection with the above-referenced action. We are pleased to inform the Court that the above referenced action has been settled and that the parties are in the process of drafting and exchanging a settlement agreement that will be reviewed by the parties and their counsel for execution. Respectfully, we are requesting together with counsel for defendant a stay of all deadlines and conferences for a period of up to thirty (30) days so that the parties can finalize the written settlement agreement and file a notice of voluntary of dismissal.

    We thank this Honorable Court for its time and consideration in this matter.

    Respectfully submitted,

    BASHIAN & PAPANTONIOU, P.C.

    */s/ Erik M. Bashian*
    _____
    Erik M. Bashian, Esq.

cc:     All counsel of record (via CM/ECF)

Plaintiff's counsel is ordered to re-file this notice of settlement with the properly named Plaintiff provided in the text of the letter, assuming counsel's inclusion of Plaintiff Natalia Juscinska was in error. Plaintiff's counsel is warned to be more careful in filing documents with the Court.

SO ORDERED.

*Valerie Caproni* 7/7/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE